

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2016

No. 04-16-00119-CV

**IN THE INTEREST OF L.R.L., A CHILD**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-01591
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to June 6, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2016.

Keith E. Hottle
Clerk of Court